UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOREEN DELCORE,

    Plaintiff,

v.

CONVERGENT OUTSOURCING INC, *et al.*,

    Defendants.

CASE NO. 2:21-cv-00184-RAJ-JRC

[PROPOSED] ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge J. Richard Creatura, any objections to the R&R, and the remaining record, does hereby find and **ORDER** that the R&R is **ADOPTED**. The motion to dismiss or transfer is granted in part and denied in part. *See* Dkt. 6. The Court denies without prejudice the requests to dismiss the action or any defendant for lack of personal jurisdiction and directs the Clerk to transfer this action to the Eastern District of New York and to send a copy of this Order to Judge Creatura.

Dated this the 30th day of June, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge